AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-cr-130 |
| Darin W Dowd | ) | |
| *Defendant* | ) | |

**WAIVER OF AN INDICTMENT**

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

Paul F Jannuzzo
*Printed name of defendant's attorney*

_____
*Judge's Signature*

Brett H. Ludwig, U.S. District Judge
*Judge's Name and Title*