UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 25-CR-130 (BHL)

v.

DARIN DOWD,

        Defendant.

---

## JOINT MOTION TO ADJOURN THE SENTENCING HEARING

---

The United States of America, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson and Christopher Ladwig, Assistant United States Attorneys for said district, and the Defendant through his attorney, Paul F.X. Januzzo, hereby moves the Court for an order adjourning the Defendant's sentencing hearing, which is presently scheduled for January 12, 2026. The parties request a new sentencing date in April 2026. This additional period of time will allow the government to complete its investigation and ensure that at sentencing the government and the Defendant can provide to the Court the most complete information possible about the Defendant. The parties have conferred regarding this motion, and the Defendant joins this motion.

Respectfully submitted this 26th day of November 2025, at Milwaukee, Wisconsin.

                        Respectfully submitted,

                        BRAD D. SCHIMEL
                        United States Attorney

By:   */s/ Christopher J. Ladwig*
       CHRISTOPHER J. LADWIG
       BENJAMIN TAIBLESON
       Assistant United States Attorney