UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 25-CR-130 (BHL)

        v.

DARIN DOWD,

        Defendant.

## JOINT MOTION TO ADJOURN THE SENTENCING HEARING AND SCHEDULE STATUS HEARING

The United States of America, by its attorneys, Benjamin Taibleson and Christopher Ladwig, Assistant United States Attorneys for said district, and the Defendant through his attorney, Paul F.X. Januzzo, hereby moves the Court for an order adjourning the Defendant's sentencing hearing, which is presently scheduled for May 4, 2026. The parties request a status date in June 2026. At a June 2026 status hearing, the government will provide the court with the timeline for a sentencing hearing for this Defendant.

The additional time will allow the government to complete its investigation and ensure that at sentencing the government and the Defendant can provide to the Court the most complete information possible about the Defendant. The parties have conferred regarding this motion, and the Defendant joins this motion.

Respectfully submitted this 25th day of March 2026, at Milwaukee, Wisconsin.

                                   Respectfully submitted,

                          By:    */s/ Christopher J. Ladwig*
                                 CHRISTOPHER J. LADWIG
                                 BENJAMIN TAIBLESON
                                 Assistant United States Attorneys